687 F.2d 307
 In re William Wendell DEAN, Debtor.
Milton C. H. GELLING, Plaintiff/Appellant,
v.
William Wendell DEAN, Defendant/Appellee.
 No. 81-5483.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Aug. 9, 1982.
Decided Sept. 15, 1982.
 
 Michael W. Davidson, Walnut Creek, Cal., for plaintiff/appellant.
 Robert E. Izmirian, Hoffman, Kelly, Stokes & Izmirian, San Francisco, Cal., for defendant/appellee.
 Appeal from Order of the United States Bankruptcy Court for the Northern District of California; Conley S. Brown, Bankruptcy Judge.
 Before KASHIWA,* Court of Claims Judge, ANDERSON and FERGUSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed for the reasons set forth in the opinion of the Bankruptcy Appellate Panel in In re Dean, Bkrtcy.App., 11 B.R. 542 (1981).
 
 
 
 *
 Honorable Shiro Kashiwa, Associate Judge, United States Court of Claims, sitting by designation